*Ronald G. Weller,* assistant state's attorney, in opposition.

Decided November 3, 1998

## STATE OF CONNECTICUT *v.* DONALD COLE

The defendant's petition for certification for appeal from the Appellate Court, 50 Conn. App. 312 (AC 17617), is granted, limited to the following issue:

"Was the Appellate Court correct in concluding that the trial court's failure to define the term 'wrongfulness' under General Statutes § 53a-13 (a) was not improper?"

BORDEN, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16039.

*Neal Cone*, assistant public defender, in support of the petition.

*Mitchell S. Brody*, assistant state's attorney, in opposition.

Decided November 3, 1998